UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COURTNEY OLIVA, individually and
as next friend of A.G., a minor,

       Plaintiff,

                                        Case No.: 1:15-cv-1060

v.

                                        HONORABLE PAUL L. MALONEY

UNITED STATES OF AMERICA,

       Defendant.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

       The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Phillip J. Green in this action (ECF No. 52). The Report and Recommendation was duly served on the parties. No objections have been filed.

       ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

       **THEREFORE, IT IS ORDERED** that the settlement agreement is approved and the Court authorizes distribution of settlement proceeds, attorney fees and costs as provided in the agreement. A separate order shall issue.

Dated: January 9, 2017                                   /s/ Paul L. Maloney
                                                                          Paul L. Maloney
                                                                          United States District Judge